UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-35-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER FOR DETERMINATION |
| v. | ) | OF COMPETENCY |
| | ) | OF DEFENDANT |
| BRIAN PERSON, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on the defendant's Motion for Determination of Competency of Defendant, filed in this matter on September 22nd, 2015. The defendant's motion requests that the Court order a psychological and/or psychiatric evaluation of the defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.

For good cause shown, the defendant's motion is allowed. It is hereby ordered that a psychological or psychiatric evaluation of the defendant be conducted pursuant to 18 U.S.C. § 4247(b) in order to determine whether the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to properly assist in his own defense. Following said examination, a report shall be filed with the Court and copies served on counsel for the defendant and the United States Attorney, pursuant to 18 U.S.C. § 4247(c).

The period of delay necessitated by granting of the defendant's motion is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A). The Court finds that after weighing all relevant factors, the interests of justice are best served by granting this motion.

This the ___25th___ day of September, 2015.

_____
The Honorable Louise W. Flanagan
United States District Court Judge