UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-35-FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | NOTICE OF EVALUATION ON |
| BRIAN PERSON, | ) | COMPETENCY TO STAND TRIAL |
| | ) | |
| | ) | |

This matter, having come before the Court via an unopposed motion from the defense to seal the Defendant's Notification of Evaluation on Competency to Stand Trial, filed with this Court on October 5, 2015, and, for good cause shown, it is hereby ORDERED that the Defendant's Notification of Evaluation on Competency to Stand Trial be filed under seal.

FURTHERMORE, it is ORDERED that the Motion to Seal the Defendant's Notification of Evaluation of Competency to Stand Trial.

IT IS SO ORDERED.

This the __6th__ day of October, 2015.

_____
The Honorable Louise W. Flanagan
United States District Court Judge