UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-35-FL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **DEFENDANT'S SENTENCING** |
| **BRIAN PERSON,** | ) | **MEMORANDUM** |
| | ) | |
| | ) | |

This matter, having come before the Court via a motion from the defense to seal the Defendant's Sentencing Memorandum, filed with this Court on June 28, 2016, and, for good cause shown, it is hereby ORDERED that the Defendant's Sentencing Memrandum be filed under seal.

FURTHERMORE, it is ORDERED that the Motion to Seal Defendant's Sentencing Memorandum and this Order be sealed, except that a certified copy of this Order be provided to the office of the United States Attorney and the attorney for the defendant.

IT IS SO ORDERED.

This the __29th__ day of June, 2016.

_____
The Honorable Louise W. Flanagan
United States District Court Judge