UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:15-CR-35-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER GRANTING |
| v. | ) | MOTION TO SEAL DE #71 |
| | ) | |
| BRIAN PERSON, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that Defendant's motion to seal DE #71 is GRANTED.

This the 3rd day of January, 2020.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge
Eastern District of North Carolina